JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROSIE D.,

                Plaintiff,

vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

Case No. 8:20-CV-00308 (VEB)

JUDGMENT

For the reasons set forth in the accompanying Decision and Order, it is hereby

DECREED THAT (1) Plaintiff's request for an order remanding this case for further

proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the

Commissioner's request for an order affirming the Commissioner's final decision and

dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor and this

1

JUDGMENT – ROSIE D. v KIJAKAZI 8:20-CV-00308-VEB

1    matter is REMANDED for further proceedings consistent with the Decision and

2    Order; and (4) this case is CLOSED without prejudice to a timely application for

3    attorneys' fees and costs.

4          DATED this 22nd day of November 2021,

5                              /s/Victor E. Bianchini
                               VICTOR E. BIANCHINI
6                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JUDGMENT – ROSIE D. v KIJAKAZI 8:20-CV-00308-VEB